M. P. No. 77-184. STACIA BOUCHARD v. CHARLES BOUCHARD. Petition for writ of certiorari is granted and the writ shall issue forthwith.

The stay previously granted by this court is to remain in full force and effect until further order of this court.

This case is assigned to the calendar for November 1977 for oral argument. *Max Levin*, for plaintiff-respondent. *Alan T. Dworkin*, for defendant-petitioner.

M. P. No. 77-194. CATHERINE A. GREENE v. GLORIA M. McDONALD, *in her capacity as Warden of the Adult Correctional Institution, Women's Division*. A petition for a writ of habeas corpus has been filed in the above-entitled matter. Pending a decision by the full court on the issue of granting the petition, the petitioner will be released on bail in the amount of $1,000 without surety. *Everett A. Petronio*, for petitioner. *Julius C. Michaelson*, Attorney General, for respondent.

M. P. No. 77-197. IN RE ALAN MACK. The defendant's motion for the appointment of counsel other than the Public Defender is granted.

Frederick A. Lawrence is appointed to represent the defendant in the further prosecution of his appeal. *Julius C. Michaelson*, Attorney General, for plaintiff. *Frederick A. Lawrence*, for defendant.